# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCIA SMITH,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALBERTSONS LLC, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive, jointly and severally,<br><br>                    Defendants. | Case No. 2:17-cv-03034-APG-PAL<br><br>**ORDER DEEMING SHOW CAUSE ORDER SATISFIED** |

In light of defendant Albertsons LLC's statement regarding removed action (ECF No. 6),

IT IS ORDERED that the order to show cause (ECF No. 4) is deemed satisfied and no further response is required.

Dated: December 13, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE