SAO
MICHAELA E. WOOD, ESQ.
Nevada Bar No. 9466
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: michaela@richardharrislaw.com
*Attorneys for Plaintiff*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MARCIA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br>Defendants. | CASE NO.: 2:17-cv-03034-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

COMES NOW, Plaintiff MARCIA SMITH, by and through her attorney of record, MICHAELA E. WOOD of RICHARD HARRIS LAW FIRM, and Defendant ALBERTSON'S LLC by and through their attorney LEW BRANDON, JR., ESQ. of MORAN BRANDON BENDAVID MORAN hereby respectfully requests that Counsel's Second Request for a Stipulation and Order for Extension of Time

///

///

1

currently set for hearing on May 29, 2018 to be continued to June 18, 2018 or June 25, 2018 at 9:00am.

DATED this 23RD day of May, 2018.

RICHARD HARRIS LAW FIRM

BY: _____ #13172
MICHAELA E. WOOD, ESQ.
Nevada Bar No. 9466
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 27 day of May, 2018.

MORAN BRANDON BENDAVID MORAN

BY: _____
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
630 s. Fourth Street
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS ORDERED** that the scheduling conference currently scheduled for May 29, 2018, at 10:15 a.m., is **VACATED** and **CONTINUED** to June 19, 2018, at 9:00 a.m., in Courtroom 3B.

Dated: May 24, 2018

_____
United States Magistrate Judge

Submitted by:

RICHARD HARRIS LAW FIRM

BY: _____ #13172
MICHAELA E. WOOD, ESQ.
Nevada Bar No. 9466
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

2