UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCIA SMITH,<br><br>　　　　　　　Plaintiff,<br>v.<br>ALBERTSONS LLC,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-03034-APG-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 17) |

The court conducted a hearing on June 19, 2018, on the parties' Stipulation and Order for Extension/Modification of Discovery Plan and Scheduling Order (Second Request) (ECF No. 17). Kym Cushing appearing on behalf of plaintiff, and Kris Klingensmith appeared on behalf of defendant. The court heard from counsel as to their request for an extension of the current deadlines. Having heard the arguments, the court will not grant the parties' request for a 60-day extension of the current discovery plan and scheduling order deadlines; however, the court will grant the parties a 30-day extension of the existing discovery deadlines.

**IT IS ORDERED** that:

1. The parties' Stipulation and Order for Extension/Modification of Discovery Plan and Scheduling Order (Second Request) (ECF No. 17) is **DENIED** as to a 60-day extension, and **GRANTED** as to a 30-day extension. The following deadlines shall apply:

    a. Last date to complete discovery: **September 10, 2018**

    b. Last date to file interim status report: **July 10, 2018**

    c. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 10, 2018**

    d. Last date to disclose rebuttal experts: **August 9, 2018**

    e. Last date to file dispositive motions: **October 10, 2018**

    f. Last date to file joint pretrial order: **November 9, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **August 20, 2018**, and shall fully comply with the requirements of LR 26-4.

DATED this 10th day of July, 2018.

                                                                                  _____
                                                                                 PEGGY A. LEEN
                                                                                 UNITED STATES MAGISTRATE JUDGE