**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**BRANDON │ SMERBER LAW FIRM**
139 E Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
Attorneys for Defendant,
ALBERTSONS, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA SMITH, | CASE NO.: 2:17-cv-03034-APG-PAL |
| Plaintiff, | |
| v. | |
| ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive, jointly and severally, | |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, ALBERTSONS, LLC, and Plaintiff, MARCIA SMITH, by and through their undersigned attorneys, that the deadline to file the parties' Joint Pre-Trial Order shall be continued to **Monday, September 23, 2019**. The Joint Pre-Trial Order is currently due on Saturday, July 20, 2019.

The purpose for this request is the parties have scheduled a mediation in this matter with Hon. Gene T. Porter (Ret.) of Private Trials for August 22, 2019. The parties intend to meaningfully participate, in good faith, at mediation to reach a resolution of this matter. The parties also understand the need to complete the Joint Pre-Trial Order should this matter not

resolve at mediation. An extension of time to file the Joint Pre-Trial Order will allow the parties to focus their efforts on resolving this matter at the August 22, 2019 mediation. This request is not meant to cause undue delay. Therefore, the parties respectfully request an extension of time to file the Joint Pre-Trial Order.

DATED this 9th day of July, 2019.    DATED this 9th day of July, 2019.

**RICHARD HARRIS LAW FIRM**    **BRANDON │ SMERBER LAW FIRM**

*/s/ Jonathan B. Lee, Esq.*    */s/ Kris D. Klingensmith, Esq.*

_____    _____
**JONATHAN B. LEE, ESQ.**    **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 13524    Nevada Bar No. 5880
801 South Fourth Street    **KRIS D. KLINGENSMITH, ESQ.**
Las Vegas, Nevada 89101    Nevada Bar No. 13904
(702) 444-4444    139 E Warm Springs Road
(702) 444-4455 – Facsimile    Las Vegas, Nevada 89119
Attorney for Plaintiff,    Attorneys for Defendant,
MARCIA SMITH    ALBERTSONS, LLC

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

Dated:_ July 10, 2019 ___