1   **LEW BRANDON, JR., ESQ.**
    Nevada Bar No. 5880
2   **ACE LAKHANI, ESQ.**
    Nevada Bar No. 15059
3   **BRANDON | SMERBER LAW FIRM**
4   139 E. Warm Springs Road
    Las Vegas, Nevada 89119
5   (702) 380-0007
    (702) 380-2964 - *facsimile*
6   *l.brandon@bsnv.law*
7   Attorneys for Defendant,
    ALBERTSONS, LLC
8
9   **JONATHAN LEE, ESQ.**
    Nevada Bar No. 13524
10  **RICHARD HARRIS LAW FIRM**
    801 South Fourth Street
11  Las Vegas, Nevada 89101
    (702) 444-4444
12  (702) 444-4455 – Facsimile
13  jlee@richardharrislaw.com
    Attorney for Plaintiff,
14  MARCIA SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCIA SMITH, | CASE NO.: 2:17-cv-03034-APG-PAL |
| Plaintiff, | |
| v. | |
| ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive, jointly and severally, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 28, 2019 (Doc #48), Defendant, ALBERTSONS, LLC., by and through its counsel of record, and Plaintiff, MARCIA SMITH, by and through her counsel of record, submit this Joint Status Report.

## STATUS OF ACTION

The respective parties have globally resolved the above entitled matter on August 22, 2019 via Mediation. The Court ordered that the parties submit a Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties, on or before October 28, 2019. However, the respective parties need additional time to complete the settlement. Therefore, the parties are requesting an additional 60 days to submit Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties.

Dated this 28th day of October, 2019.          Dated this 28th day of October, 2019.

**RICHARD HARRIS LAW FIRM**                     **BRANDON | SMERBER LAW FIRM**

/s/ Jonathan B. Lee, Esq.                       /s/ Lew Brandon, Jr., Esq.
**JONATHAN LEE, ESQ.**                          **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 13524                            Nevada Bar No. 5880
801 South Fourth Street                         139 E. Warm Springs Road
Las Vegas, Nevada 89101                         Las Vegas, Nevada 89119
(702) 444-4444                                  (702) 380-0007
(702) 444-4455 – Facsimile                      (702) 380-2964 - Facsimile
*jlee@richardharrislaw.com*                     *l.brandon@bsnv.law*
Attorney for Plaintiff,                         Attorney for Defendant,
MARCIA SMITH                                    ALBERTSONS, LLC

**IT IS SO ORDERED**

**DATED:** 10/29/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**