**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 - *facsimile*
*l.brandon@bsnv.law*
Attorneys for Defendant,
ALBERTSONS, LLC

**JONATHAN LEE, ESQ.**
Nevada Bar No. 13524
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444
(702) 444-4455 – Facsimile
jlee@richardharrislaw.com
Attorney for Plaintiff,
MARCIA SMITH

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-03034-APG-PAL |

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated August 28, 2019 (Doc #48), Defendant, ALBERTSONS, LLC., by and through its counsel of record, and Plaintiff, MARCIA SMITH, by and through her counsel of record, submit this Joint Status Report.

## STATUS OF ACTION

The respective parties have globally resolved the above entitled matter on August 22, 2019 via Mediation. The Court ordered that the parties submit a Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties, on or before October 28, 2019. However, the respective parties need additional time to complete the settlement due to pending Medicare lien(s). Therefore, the parties are requesting an additional 90 days to submit Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties.

Dated this 27th day of December, 2019.      Dated this 27th day of December, 2019.

**RICHARD HARRIS LAW FIRM**      **BRANDON | SMERBER LAW FIRM**

/s/ Jonathan B. Lee, Esq.      /s/ Lew Brandon, Jr., Esq.
**JONATHAN LEE, ESQ.**      **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 13524      Nevada Bar No. 5880
801 South Fourth Street      139 E. Warm Springs Road
Las Vegas, Nevada 89101      Las Vegas, Nevada 89119
(702) 444-4444      (702) 380-0007
(702) 444-4455 – Facsimile      (702) 380-2964 - Facsimile
*jlee@richardharrislaw.com*      *l.brandon@bsnv.law*
Attorney for Plaintiff,      Attorney for Defendant,
MARCIA SMITH      ALBERTSONS, LLC

**IT IS SO ORDERED**

**DATED: December 31, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**